3:26-cv-1617-MTK

FILED 3 AUG '26 10:27 USDC-ORP

# Federal Court of the 9th district

James Dean Riley
Plaintiff

V

- State of Oregon, et al.
- City of Salem police departments,
Jennifer wells, Sgt David Carlson,
Sgt Mike Quackenbush, Sgt Jeff
wiedemann
- Marion County sheriffs office,
Marion County prosecutors office,
Marion County correctional facility,
Marion County Court, Jennifer wells
Zackery H Lail, Jason Hickam,
Judge terry leggart, Sgt wheeler,
Judge lynn ashcroft
- Grande Ronde Tribal police dep,
officers Austin Gomez, officer
Rod mcallister
- Polk county sheriffs office,
Polk county correctional facility,
Polk County prosecutors office
Polk county court, MARK barton,
Frey, Timothy Park, AAron Felton,
Mathew wilson, Release officer kyler

42 uscs 1985 (2)
Conspiracy of deprivation
of Rights

I James D Riley the petitioner in this matter on this day of July 20, 2026 declare that I am being denied my 4th, 5th, 6th, 8th and 14th amendment rights afforded to me by Our US constitution.

On August 29, 2004 A Female Salem Pd officer and officer Mike Quackenbush engaged in malicious misconduct by submitting a police report to public record that included confidential information identifying me as a witness, victim and informant (doxxing). The police report entered into public record stated, "I had been trying to get out of the drug world for a long time, I would do anything to stay out of Jail, I would even work with the police under cover.

Mike Quackenbush collaborates with Jennifer Wells at Salem Pd and Marion County, where she works while she traffics narcotics alongside the individual responsible for breaking into Michael Francke's car. Jennifer Wells used her position as a public official to assist a organized criminal element. Jennifer Wells worked in Oregon legislature, at Salem Pd and Marion County. Placing sensitive information in public veiw on August 20, 2004 was meant to cause me harm and was done in retaliation for exposing Narcotics trafficking and public corruption associated with the murder of Michael Francke. The entry of confidential information into Public Records on August 20, 2004



constituted a broader attack that resulted in real world

harassment, threats and physical harm. On August 29, 2004

Salem Pd officer Jeff Weidemann and Marion county

sheriff Zackery H Lad. cuffed, threatened, assaulted and

tazered me. Officers Jeff Weidemann and Zackery H Lad

collaborate with Jennifer Wells who worked at Salem

Pd and Marion County while she trafficked Narcotics

alongside the actual perpatrator that broke into

michael Francke's car on January 17, 1989. The actions

of officers Jeff Weidemann and Zackery H Lad were

intended to tamper with a witness and obstruct

the administration of Justice concerning the

the murder of Michael Francke.

On August 30, 2004 A Detective from the turner police department Arrested me and made reports that left out exculpatory evidence that would demonstrate my innocence and mitigate my culpability. The Turner detective also refused to take a report regarding the Michael francke homicide and the unlawful actions of Mike Quackenbush, Jeff weidemann, Zackery Hlad and Jennifer wells.

The incidents involving assault, threats, and physical harm on August 29, 2004, by Jeff weidemann and Zackery Hlad represent a wider pattern of behavior that led to the submission of false reports and my subsequent malicious prosecution in retaliation for exposing narcotics trafficking and public corruption associated with

The Murder of Michael Francke. On September 2, 2004,

while I was incarcerated in Marion county Jail, officer

Jeff weidemann submitted False reports regarding my alleged

arrest at 1434 Ferry st on September 1, 2004. Despite the

prosecutor knowing I was incarcerated on September 2,

2004 and that I could not have been arrested at

kim Jenks Residence (1434 Ferry st) on 9-2-04, the

prosecutor used Jeff weidemanns False report to

maliciously prosecute me. Marion county is the agency

that lead the malicious prosecution of frank Gable to

divert attention from the actual perpatrator that

Broke into Michael Francke's car and now they were

maliciously prosecuting me in retaliation for exposing

66 Narcotics trafficking and public corruption associated with

67 the murder of Michael Francke.

68 Judge terry leggart was the presiding Judge while I was

69 being maliciously prosecuted. Terry leggart supported the

70 misconduct of officers and deprived me of the right

71 to meaningfully participate in my defense. Terry

72 leggart worked with Jennifer wells at manion

73 county and Jennifer wells trafficked narcotics

74 with the actual perpetrator that broke into

75 michael Francke's car. I went to Salem PD and

76 spoke with Sgt David Carlson of internal affairs.

77 David Carlson refused to take a report regarding

78 the Murder of Michael Francke and the witness

Tampering I was being subjected to. David Carlson worked with Jennifer wells at salem Pd and he was protecting her and the actual perpatrator that broke into michael francke's car from prosecution. I wrote Marion County sheriff Jason Hickam and asked him to investigate Zackery Hlad and Jeff weiderman. Jason Hickam refused to take statements and investigate the unlawful acts of officers associated with Jennifer wells who trafficted narcotics with the actual perpatrator that broke into michael Francke's car and used her position as a government official to assist a criminal organization. while Judge lynn Ashcroft was presiding over a

92 case against me in Marion county, the alleged victim

93 christina Goodenough tried to submit a receipt for a

94 broken window that she broke substantiating how

95 she hurt her hand and a written statement of the

96 incident that substantiated my innocence, Judge lynn

97 Ashcroft refused to admitt the evidence into record

98 and deprived me of the right to Due process

99 Jennifer wells was sitting beside Judge lynn

100 Ashcroft while He was maliciously prosecuting me

101 and his actions were in retaliation for exposing

102 Jennifer wells involvement in the murder of

103 michael Francke and Narcotics Trafficking.

104 It should also be noted that while Judge Ashcroft

Was maliciously prosecuting me, lovis Gomez who works with Judge Ashcroft at his motorcycle shop on silverton road assaulted me with a large Hunting knife. While Frank Gable was Filing appeals and the State of Oregon was fighting to keep him in prison for a crime he didn't committ, I was being subjected to witness tampering and deprivation of rights under the color of law intended to obstruct the administration of Justice concerning the Michael Francke Homicide. The case against me in Polk county Court #23CR37504g is Not Just a legal matter, it is a grave injustice propelled by malice. This misuse of power undermines the

118 integrity of the Judicial system and violates the principles

119 of fairness and justice that are supposed to protect every

120 individual. Grand Ronde Tribal officer Austin Gomez

121 Produced False reports that I arrived at the casino

122 in a white Ford Taurus on August 1, 2023. More then

123 22 years of No contact with Kim Jenks and

124 officer Gomez used a protective order to harass

125 me and assert that I was at the casino

126 with a woman who might of been Kim Jenks.

127 That protective order was established on

128 False reports that Jeff weidermann arrested

129 me at 1434 ferry st on 9-2-04, while

130 I was in Fact incarcerated and could not

131 of been arrested at 1434 Ferry st on 9-2-04.

132 22 years later, officer Gomez is ussing those

133 false allegations to harass me with allegations

134 that I was at the Casino with a woman who

135 might be kim Jenks. Arrest Grand Roade tribal

136 officers Gomez and macallister engaged in menacing

137 conduct that caused me to Fear imminent physical

138 injury and deprived me of my 5th amendment

139 rights. Every time Gomez would ask me a

140 question, officer mc allister would begin

141 posturing in a manner that caused me to

142 fear imminent physical injury IF I didn't

143 Answer (duress) when Gomez went into the

144 casino, Mcallister came to the car and opened

145 the door continuing the pattern of causing me

146 to Fear imminent physical injury (Duress).

147 Officer Gomez failed to preserve the rear seat

148 Recording which showed mcallisters contact

149 causing me duress, but Gomez body camera

150 footage shows me twice saying "dont

151 Fuck me up" substantinting my fear of

152 imminent physical harm and duress

152 depriving me of my rights. Polk county

153 Prosecutors Aaron D felton and Matthew T wilson

154 should Advocate for my rights as the victim of

155 witness tampering and seek prosecution of the

156 individual responsible for breaking into Michael

157 Francke's car, but this is not the case. Prosecutors

158 Aarron D Felton and Matthew T wilson have maliciously

159 over charged with insufficient evidence to support the

160 claims and with blatent disregard for precedence

161 established by the Oregon Supreme court. They have

162 over charged with the intent of depriving me of my

163 rights under the color of law. Furthermore, Prosecutors

164 Matthew T wilson and Arrox D Felton continue to

165 make inflamatory misleading claims that disregard

166 The Facts. Facts: I am a witness to the Michael

167 Francke homocide who has been subjected to witness

168 Tampering and deprivation of rights under the color

of law as a consequence of exposing Narcotics trafficking and public corruption associated with the murder of Michael Francke. The phsycological and physical trauma associated with witness tampering resulted in trauma induced psycosis and has left me permanently disabled with PTSD and clinical depression. On or about August 5, 2023 The courts appointment of Neil Hubbman, who is a former police officer that misused the trust and authority associated with his position as an officer, To represent me in a case involving ongoing retaliatory actions by law enforcement for exposing public corruption associated with the murder of michael francke, created an actual

182 impropriety and was a conflict of interest for

183 Neil Halttunen. While appointed to represent me,

184 Neil Halttunen engaged in Pro Prosecution unethical

185 Misconduct. In Contrast to Neil Halttunen who

186 used his position as a police officer to stalk

187 more than 30 vulnerable woman for the

188 purpose of sexual relations and remained

189 unprosecuted, I was maliciously prosecuted

190 on false reports of being arrested at 1434 ferry

191 street on 9-2-04, when in fact I was

192 incarcerated in marion county Jail and could

193 not of been arrested at 1434 ferry st on

194 9-2-04. On June 16, 2026 Polk county Judge

Timothy Park and attorney Andrew Bridge carried out an arraignment proceeding while disregarding my request to be heard on the subject of bail and counsel while violating my right to be heard and the right to meaningfully participate in my defense, attorney andrew Bridge accepted the courts appointment as counsel for Neil Holtmeng Despite it being an actual impropriety and a conflict of interest. these Actions also deprived me of the right to effective assistance of counsel. Deliberate indifference to my rights and a pervasive culture of partiality and unfairness has caused Irreparable harm.